JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Roland Paul Daigle | James Kennedy |

FILED
2008 FEB 11 PM 12:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Daniel J. Winfree<br>1010 Second Ave. Ste. 1015<br>San Diego, CA 92101<br>619-235-6060 | ATTORNEYS (IF KNOWN)<br>'08 CV 0256 LAB AJB |

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff  
☒ 3 Federal Question (U.S. Government Not a Party)  
☐ 2 U.S. Government Defendant  
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 28 USC 158

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☒ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint:<br>JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

VIII. RELATED CASE(S) IF ANY (See Instructions):   JUDGE _____   Docket Number _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

C.R.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991
(619) 557-5620                                FAX: (619) 557-5536

**FILED** 2008 FEB -8 PM 3:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# TRANSMITTAL MEMORANDUM

To: UNITED STATES DISTRICT COURT
880 Front Street, Suite 4290
San Diego, California 92101

'08 CV 0256 LAB AJB

From: BARRY K. LANDER, Clerk  District/Office No. 974-3

| CASE NAME | BANKRUPTCY NO. |
|---|---|
| | 02-10222-M7 |
| | **ADVERSARY NO.** |
| | 06-90433 |
| | **APPEAL NO.** |
| Roland Paul Daigle | 1 |
| | **BANKRUPTCY JUDGE** |
| | James W. Meyers |
| | **DATE BANKRUPTCY FILED** |
| | 10/18/02 |

| DATE OF ENTRY OF APPEALED ORDER: | NOTICE OF APPEAL FILED ON: | FEE PAID: | NOTICE OF REFERRAL TO USDC MAILED ON: |
|---|---|---|---|
| 1/16/08 | 1/25/08 | YES | February 6, 2008 |

DATED: February 6, 2008          Barry K. Lander, Clerk

By: _____, Deputy Clerk
    Kurt Herbold

CSD 1252

CSD 1251 [05/10/00]

FILED

February 6, 2008

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In Re<br>Roland Paul Daigle<br><br>Debtor. | BANKRUPTCY NO. 02-10222-M7 |
|---|---|
| Roland Paul Daigle (Appellant) | 06-90433 |
| v.<br>James Kennedy (Appellee) | BK APPEAL NO.  1<br>ASSIGNED TO JUDGE James W. Meyers |

### NOTICE OF REFERRAL OF APPEAL TO UNITED STATES DISTRICT COURT
### COMBINED WITH SERVICE OF NOTICE OF APPEAL

TO:   Daniel J. Winfree, 1010 Second Ave., #1015, San Diego, CA 92101,
Debra A Riley, 501 W. Broadway 15th Flr, San Diego, CA 92101,
William P. Fennell, 1111 Sixth Avenue #404, San Diego, CA 92101,
United States Trustee, Dept. of Justice, 402 W. Broadway, Ste. 600, San Diego, CA 92101

NOTICE IS HEREBY GIVEN that a Notice of Appeal has been filed by Roland Paul Daigle with the Clerk of the Bankruptcy Court. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the United States District Court for the Southern District of California.

For further information, you may contact the Clerk of the United States District Court at 880 Front Street, Suite 4290, San Diego, California 92101 or by calling (619) 557-5600.

I hereby certify that on this date copies of the Notice of Appeal and the within Notice of Referral were mailed to the above-named person(s).

DATED: February 6, 2008                Barry K. Lander, Clerk

By: _____, Deputy Clerk
Kurt Herbold

```
 1  DANIEL J. WINFREE
    Attorney at Law #98890
 2  1010 Second Ave., Ste. 1015
    San Diego, CA 92101
 3  Phn: (619) 235-6060
    Fax: (619) 234-8620
 4

 5  Attorney for Appellant, Roland Paul

 6

 7

 8                  UNITED STATES BANKRUPTCY COURT

 9                  SOUTHERN DISTRICT OF CALIFORNIA

10  In re:                    ) Case No.: 02-10222-M7
                              ) ADV No:   06-90433-JM
11  ROLAND PAUL DAIGLE,       ) NOTICE OF APPEAL
                              )
12              Debtor.       )
                              )
13  _____

14

15      ROLAND PAUL DAIGLE and AUDREY DAIGLE, appeal under 28 U.S.C. §158(a) or (b)

16  from judgment, order, or decree of the bankruptcy court of the Southern District of

17  California entered on the 1-16-08.

18      The parties to the order appealed from and names of their respective

19  attorneys are as follows:

20  James Kennedy, Trustee      Roland and Audrey Daigle    Robert and Nadia Caruso
    c/o William P. Fennell      c/o DANIEL J. WINFREE       c/o Debra A. Riley
21  1111 Sixth Avenue # 404     1010 Second Ave., #1015     501 W. Broadway 15th Flr
    San Diego, Ca 92101         San Diego, CA 92101         San Diego, CA 92101
22
    Dated: January 25, 2008     Signed:   /s/Daniel J. Winfree
23                                        DANIEL J. WINFREE,
                                          Attorney for Appellant
24
                                Address:  1010 2nd. Ave., Ste. 1015
25                                        San Diego, CA 92101

26

27

28  c:\Bank\Appellate.Not
```

-1-

DANIEL J. WINFREE
Attorney at Law #98890
1010 Second Ave., Ste. 1015
San Diego, CA 92101
Phn: (619) 235-6060
Fax: (619) 234-8620

Attorneys for Debtor(s) and Appellants

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.: 02-10222-M7 |
| | ) **ADV NO. 06-90433-JM** |
| ROLAND PAUL DAIGLE | ) PROOF OF SERVICE |
| | ) |
| Debtor(s). | ) |

I, the undersigned hereby declare and state I am employed in the County of San Diego. I am over the age of eighteen years and am not a party to the above-entitled case. On January 25, 2008 I served Defendants Roland Paul Daigle and Audrey Daigles Notice of Appeal and Election for District Court, via first class, United States mail, postage prepaid, addressed as follows:

**William P. Fennell**
600 W. Broadway, Suite 930
San Diego, CA, CA 92101

**Debra A Riley**
501 West Broadway, 15th Floor
San Diego, CA 92101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true.

Date:_____1-25-2008_____         _____/s/ Daniel J. Winfree_____
                                                DANIEL J. WINFREE

-1-

**Deferred, Appeal**

# U.S. Bankruptcy Court
## Southern District of California (San Diego)
### Adversary Proceeding #: 06-90433-JM
Internal Use Only

*Assigned to:* Judge James W. Meyers
*Related BK Case:* 02-10222
*Related BK Title:* Roland Paul Daigle
*Related BK Chapter:* 7
*Demand:*
*Nature[s] of Suit:*  11 Recovery of money/property
    - 542 turnover of property
  91 Declaratory judgment

*Date Filed:* 10/27/06

## Plaintiffs
------------------------

| | | |
|---|---|---|
| **James L. Kennedy**<br>PO Box 28459<br>San Diego, CA<br>92198-0459<br>(858) 451-8859 | represented by | **Tracy L. Schimelfenig**<br>Law Office of William P. Fennell, APLC<br>1111 Sixth Avenue, #404<br>San Diego, CA 92101<br>(619) 325-1560<br>Fax : 619-325-1558<br>Email: Tracy.Schim@fennelllaw.com<br><br>**William P. Fennell**<br>Law Office of William P. Fennell, APLC<br>1111 Sixth Avenue #404<br>San Diego, CA 92101<br>(619) 325-1560<br>Fax : (619) 325-1558<br>Email: william.fennell@fennelllaw.com<br>*LEAD ATTORNEY* |

V.

**Defendant**
-----------------------

| | | |
|---|---|---|
| **Roland Paul Daigle**<br>450 Benevente Drive<br>Oceanside, CA 92057<br>SSN: 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 | represented by | **Daniel J. Winfree**<br>1010 Second Avenue, Suite 1015<br>San Diego, CA 92101<br>(619) 235-6060<br>Email: lawyer@bkatty.com |
| **Audrey A. Daigle**<br>450 Benevente Dr.<br>San Diego, CA 92057 | represented by | **Daniel J. Winfree**<br>(See above for address) |
| **Audrey A. Daigle, Trustee of Real Estate Trust** | represented by | **Daniel J. Winfree**<br>(See above for address) |
| **Robert M. Caruso** | represented by | **Debra A. Riley**<br>Allen,Matkins,Leck,Gamble,Mallory&Natsis<br><br>501 West Broadway<br>15th Floor<br>San Diego, Ca 92101-3577<br>(619)233-1155<br>Fax : (619)233-1158<br>Email: driley@allenmatkins.com |
| **Naydia E. Caruso** | represented by | **Debra A. Riley**<br>(See above for address) |

| Filing Date | # | Docket Text |
|---|---|---|
| 01/16/2008 | 48 | Order Approving Judgment on Trustee's Motion for Summary Judgment (Related Doc # 36) signed on 1/16/2008. (Crosby, A.C.) (Entered: 01/16/2008) |
| | | |

| | | |
|---|---|---|
| 01/16/2008 | ●49 | Notice of Entry of Judgment or Order (related documents 48 Order re: Motion for Summary Judgment) (Crosby, A.C.) (Entered: 01/16/2008) |
| 01/25/2008 | ●50 | Notice of Appeal. Fee Amount $ 255 (related documents 48 Order re: Motion for Summary Judgment) filed by Daniel J. Winfree on behalf of Audrey A. Daigle, Roland Paul Daigle. Appeal Designation Due By: 2/4/2008. Statement of Issues Due By: 2/4/2008. Appellee Designation Due By: 2/14/2008. Record Transmission due by 3/10/2008, (Winfree, Daniel) (Entered: 01/25/2008) |
| 01/25/2008 | ●51 | Election for Appeal to be Heard by District Court.. (related documents 50 Notice of Appeal, ) filed by Daniel J. Winfree on behalf of Audrey A. Daigle, Roland Paul Daigle. (Winfree, Daniel) (Entered: 01/25/2008) |
| 01/25/2008 | 52 | Receipt of Notice of Appeal(06-90433-JM) [appeal,97] ( 255.00) Filing Fee. Receipt number 3120388. Fee Amount 255.00 (U.S. Treasury) (Entered: 01/25/2008) |
| 02/04/2008 | ●53 | Designation of Record and Statement of Issues on Appeal. BK Appeal No: 02-10222 (related documents 50 Notice of Appeal, ) filed by Daniel J. Winfree on behalf of Audrey A. Daigle, Roland Paul Daigle. (Winfree, Daniel) (Entered: 02/04/2008) |
| 02/06/2008 | ●54 | Notice of Referral of Appeal to the Bankruptcy Appellate Panel with service of Notice of Appeal. BK Appeal No: 1 (Attachments: # 1 Transmittal Memorandum) (related documents 50 Notice of Appeal, ) (Herbold, K.) (Entered: 02/06/2008) |

CSD 3000A [11/15/04]

Name, Address, Telephone No. & I.D. No.
William P. Fennell, Esq. (#164210)
Tracy L. Schimelfenig, Esq. (#243714)
Law Office of William P. Fennell, APLC
1111 Sixth Avenue, Suite 404
San Diego, CA 92101
Telephone: (619) 325-1560
Facsimile: (619) 325-1558
Attorneys for James L. Kennedy, Chapter 7 Trustee

Order Entered on
January 16, 2008
by Clerk U.S. Bankruptcy Court
Southern District of California

JED

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

ROLAND PAUL DAIGLE (SSN-3341)

Debtor.

BANKRUPTCY NO. 02-10222-M7

JAMES L. KENNEDY, CHAPTER 7 TRUSTEE

Plaintiff(s)

ADVERSARY NO. 06-90433-JM

v. ROLAND PAUL DAIGLE, an individual; AUDREY A. DAIGLE, an individual and as Trustee of REAL ESTATE TRUST; ROBERT M. CARUSO, an individual; and NAYDIA E. CARUSO, an individual;

Defendants(s)

Date of Hearing: December 19, 2007
Time of Hearing: 2:00 p.m.
Name of Judge: James W. Meyers

## ORDER AND JUDGMENT ON TRUSTEE'S MOTION FOR SUMMARY JUDGMENT

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __two (2)__ with exhibits, if any, for a total of __2__ pages, is granted. Notice of Lodgment Docket Entry No. __46__.

//
//
//
//

DATED: January 16, 2008

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

LAW OFFICE OF WILLIAM P. FENNELL, APLC

By: /s/William P. Fennell
Attorneys for James L. Kennedy, Chapter 7 Trustee

Judge, United States Bankruptcy Court

CSD 3000A

CSD 3000A [11/15/04](Page 2)
ORDER AND JUDGMENT ON TRUSTEE'S MOTION FOR SUMMARY JUDGMENT
DEBTOR: ROLAND PAUL DAIGLE                                    CASE NO.: 02-10222-M7
                                                              ADV. NO.: 06-90433-JM

---

The Motion for Summary Judgment filed by James L. Kennedy Chapter 7 Trustee and Plaintiff ("Trustee") in the above-encaptioned hearing came on for regular hearing on December 19, 2007 at 2:00 p.m. before the Honorable James W. Meyers, Bankruptcy Judge presiding, appearance were made by Daniel Winfree, Esq. on behalf of Defendants, Roland Paul Daigle, an individual; Audrey A. Daigle, an individual and as Trustee of Real Estate Trust (collectively the "Daigles"), Debra Riley, Esq. of Allen Matkins, et al. on behalf of Robert M. Caruso, and Naydia E. Caruso (collectively the "Carusos"), and William P. Fennell, Esq. of the Law Office of William P. Fennell, APLC on behalf of the Trustee, there were no other appearances. The court having considered the Trustee's motion and the written and oral opposition thereto and good cause appearing thereon,

IT IS HEREBY ORDERED THAT:

1) The Trustee's Motion for Summary Judgment is granted against the Daigles and in favor of Trustee;

2) The Quitclaim Deed, Instrument No. 2002007100, recorded October 22, 2002 with the Norwich Town Clerk is void and of no force or affect, pursuant to 11 U.S.C. § 549;

3) The Daigles' 50% interest in the real property located at 531-545 Boswell Avenue, Norwich, New London County, Connecticut, more fully described in the legal description attached hereto and incorporated herein as Exhibit "A" and all improvements thereon, including but not limited to the 8 unit apartment/condominium complex, (collectively herein the "Real Property") shall hereinafter be vested with the Trustee as is property of the above encaptioned bankruptcy estate; and

4) Trustee's Motion for Summary Judgment is denied as against the Carusos.

CSD 3000A

*Signed by Judge James W. Meyers January 16, 2008*

Units 1 through 8 inclusive together with their appurtenant interest in the common elements of The Reynolds, A Condominium, situated in the Town of Norwich, County of New London, and State of Connecticut, which Units and their appurtenant interest in the common elements are more particularly described in a certain Declaration of Condominium by J & S Realty, dated February 11, 1981, and recorded in the Norwich Land Records, at Volume 550, Page 158.

The property on which said Units are located is more particularly bounded and described in a map or plan entitled, "The REYNOLDS, A Condominium Boswell Avenue Norwich, Conn ARCHITECT A. MASTRONUNZIO GLASCOW CONN DATE 2-28-75" filed with said Declaration of Condominium, which map or plan is on file with the Town Clerk of the Town of Norwich, to which reference may be had.

Being the same premises as described at Volume 429, Page 243 of the Norwich Land Records, as follows:

A certain tract or parcel of land, situated in the said Town of Norwich, known and numbered as 535 Boswell Avenue, bounded and described as follows:

NORTHERLY: By 14th Street;
SOUTHERLY: By 13th Street;
EASTERLY : By land now or formerly of Patrick J. Sullivan and Pauline Robillard; and
WESTERLY : By Boswell Avenue.

Subject to taxes to the Town of Norwich now due or to become due which the Grantees herein assume and agree to pay.

Exhibit "A"    Signed by Judge James W. Meyers January 16, 2008