# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:, | CASE NO. 08CV0256-LAB (AJB) |
| ROLAND PAUL DAIGLE, | Bankruptcy No. 02-10222-M7 |
| Debtor. | **ORDER SETTING BRIEFING SCHEDULE FOR BANKRUPTCY APPEAL** |
| ROLAND PAUL DAIGLE, AUDREY DAIGLE | |
| Appellants, | |
| vs. | |
| JAMES KENNEDY, | |
| Appellee. | |

    Pursuant to 28 U.S.C. § 158, Roland Paul Daigle and Audrey Daigle appeal from an Order Approving Judgment On Trustee's Motion For Summary Judgment, entered January 16, 2008 in the Bankruptcy Court of the Southern District of California. The court has set a hearing on the appeal before the undersigned District Judge for **June 30, 2008 at 11:30 a.m. in Courtroom 9** of the United States District Court, Southern District of California, 940 Front Street, San Diego, California 92101. The following schedule applies to any portion of the

U.S. Bankruptcy Court's decision that is being appealed or cross-appealed. **IT IS HEREBY ORDERED**:

1. This court shall receive a certified copy of the Record On Appeal no later than ***March 14, 2008***. It is counsel's obligation, after determining those sections of the record relevant to the appeal, to notify the court reporter and to arrange for the desired portions of the transcript to be prepared and sent to the bankruptcy appeals clerk at the Bankruptcy Court. *See* FED. R. BANK. P. 8007; General Order 312-D,§ 2.03. All counsel intending to appeal any portion of the Bankruptcy Court's decision, therefore, must notify the court reporter in a timely fashion so that the transcripts may be completed and submitted to the appeals clerk of the Bankruptcy Court for transmittal to this court. Each counsel must also provide to the bankruptcy appeals clerk of the Bankruptcy Court two copies of any documents he or she wants made part of the record so that clerk can certify those documents and transmit them to this court. Each counsel is solely responsible for monitoring the process governing the completion of the record to ensure that this court is provided a certified Record On Appeal under the schedule established in this Order. If the appellee intends to certify portions of the record after receiving the appellant's submissions, then the appellee must do so with the diligence required to permit compliance with the following briefing schedule.

2. No later than ***April 14, 2008*** appellants shall serve and file their opening brief and supporting evidence. The motion shall comply with Civil Local Rule 7.1.h for the District Court, Southern District of California. Any cross-appeals shall be treated as opening motions for purposes of this briefing schedule and shall be filed by this date.

3. No later than ***May 12, 2008*** appellee shall serve and file his responsive brief and supporting evidence. This responsive brief shall comply with Civil Local Rule 7.1.h for the District Court, Southern District of California.

4. No later than ***June 9, 2008*** appellant shall serve and file any reply brief and any evidence directly rebutting the supporting evidence contained in appellee's response. This Reply shall comply with Civil Local Rule 7.1.h for the Southern District of California.

5. The party exercising the election to proceed on appeal before the Southern District of California shall forthwith serve a copy of this Order on all affected parties.

**IT IS SO ORDERED**.

DATED: February 14, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge