**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

<u>Case</u>: Daigle v. Kennedy                          <u>Case No</u>: 08cv0256-LAB (AJB)

<u>HON. Larry A. Burns</u>            <u>CT. DEPUTY    </u>            <u>Rptr.        </u>

                                <u>Present</u>

<u>Plaintiff(s)</u>:        No appearance.

<u>Defendant(s)</u>:        No appearance.


Pursuant to Civil Local Rule 7.1(d)(1), the court finds the issues presented in this appeal of a bankruptcy order appropriate for decision on the papers and without oral argument. Accordingly, the hearing presently scheduled for Monday, June 30, 2008 is ***off-calendar***, and the matter is under submission.


DATED:  June 23, 2008                            INITIALS:  <u>RLW</u> Law Clerk